IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RAY DEAVER            PLAINTIFF

v.        Civil No. 07- 5116

BENTON COUNTY JAIL,
CAPTAIN HUNTER PETRAY,
DEPUTY CLARK, and DEPUTY
VENDETTA            DEFENDANTS

### ORDER

Ray Deaver submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. Pursuant to the provisions of the Prison Litigation Reform Act **the clerk is directed to collect the $350.00 filing fee from the plaintiff.** The matter of service will be determined at a later time.

IT IS SO ORDERED this 21 day of June 2007.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 2 6 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

AO72A (Rev. 8/82)

Dockets.Justia.com