IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RAY WESLEY DEAVER, JR.                                                    PLAINTIFF


        v.                              Civil No. 07-5116


CAPTAIN HUNTER PETRAY;
DEPUTY CLARK; and
DEPUTY VANETTA                                                          DEFENDANTS

**O R D E R**

        Defendants filed a motion for summary judgment (Doc. 16).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

        For this reason, Ray Deaver is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 11, 2008**.  **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

        IT IS SO ORDERED this 18th day of July 2008.


                                        /s/ *J. Marschewski*
                                        _____
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


RAY WESLEY DEAVER, JR.                                          PLAINTIFF


        v.                           Civil No. 07-5116


CAPTAIN HUNTER PETRAY;
DEPUTY CLARK; and
DEPUTY VANETTA                                                  DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  RAY DEAVER

        These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **August 11, 2008.**

        1(A).  You were booked into the Benton County Detention Center (BCDC) on August 9, 2006, on residential burglary, theft of property, and failure to appear charges.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 1 and 2.

_____

_____

_____

_____

-2-

(B).  You remained incarcerated until October 27, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

1.

_____

_____

_____

_____

(C).  You were booked into the BCDC again on March 22, 2007, on probation

violation charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

3.

_____

_____

_____

_____

(D).  You remained incarcerated there until March 24, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

3.

_____

-3-

_____

_____

_____

(E).  You were booked into the BCDC again on May 10, 2007, on probation violation charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

(F).  You were released on May 14, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 7.

_____

_____

_____

_____

(G).  You were booked back into the BCDC on May 25, 2007, on a probation violation charge and possession of drug paraphernalia charges.

-4-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 10.

_____

_____

_____

_____

(H).  You remained incarcerated at the BCDC until September 4, 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page 10.

_____

_____

_____

_____

2.  Hunter Petray was employed by the BCDC as a Captain from August of 2006 until September of 2007.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 1.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

3.  Petray was employed as a Captain during all times you were incarcerated at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 2.

_____

_____

_____

_____

4.  It is the policy and practice of the BCDC to check and record inmates' dietary requirements during booking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 3.

_____

_____

_____

_____

5.  An inmate of the BCDC receives a vegetarian tray only if health or religious reasons are disclosed by the inmate during booking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 5 at ¶ 4.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

     6.  The BCDC does not normally give an inmate a vegetarian tray if the inmate has

not disclosed a health or religious reason for receiving a vegetarian tray during booking.

Inmates are not permitted to receive a vegetarian tray based on mere preference.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 5 at ¶ 5.

_____

_____

_____

_____

     7.  Although you did not disclosed a health or religious reason for receiving a

vegetarian tray during your booking on August 9, 2006, you began receiving a vegetarian tray

on September 6, 2006, because you alleged the normal tray you were receiving made you ill.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 6.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

8.   You did not disclose any health or religious reason for receiving a vegetarian tray during booking on March 22, 2007, and therefore did not receive a vegetarian tray upon your request.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 5 at ¶ 7.

_____

_____

_____

_____

9.   When you were booked in on May 10, 2007, you indicated to jail staff during booking that you were vegetarian and lactose intolerant.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 8.

_____

_____

_____

_____

10.  On May 27, 2007, when you complained that you were sick and needed a vegetarian tray one was authorized.

Agree_____   Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 9.

_____

_____

_____

_____

11.  On August 18, 2007, you complained the cheese on the vegetarian tray was

making you sick.  Jail personnel told you that cheese was a part of the vegetarian tray and you

could elect to eat it or not.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 10.

_____

_____

_____

_____

12.  You received a vegetarian tray during each incarceration when you disclosed a

health or religious reason for receiving a vegetarian tray during booking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 11.

_____

_____

_____

_____

13.  You also received a vegetarian tray during your first incarceration even though

you did not disclose a health or religious reason for receiving a vegetarian tray during

AO72A
(Rev. 8/82)

booking.

 Agree_____ Disagree_____Without knowledge to agree or disagree_____.

 If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at ¶ 11.

_____

_____

_____

_____

 14.  When you were booked in on August 9, 2006.  You completed a medical questionnaire.  You did not indicate you were on a special diet or were a vegetarian.

 Agree_____ Disagree_____Without knowledge to agree or disagree_____.

 If you disagree, explain.

_____

_____

_____

_____

 15(A).  On August 11th Deputy Undiano was handing out whites to inmates in holding cell two.  You had three white tee-shirts and two pairs of socks.  Undiano asked you why you had extra whites.  You responded you didn't know.  Your extra whites were confiscated and you were locked down for having extra whites.

 Agree_____ Disagree_____Without knowledge to agree or disagree_____.

 If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

    (B).  You received a disciplinary for concealing items from jail staff.  You had a

disciplinary hearing and were found guilty and given five days lock-down and loss of

privileges.

    Agree_____  Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

    (C).  You appealed and the decision was upheld.

    Agree_____  Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

16. You made your first request for a vegetarian diet when you submitted a medical request on August 18th.  You stated you had been incarcerated for a little over a week and were a vegetarian.  You stated you were only eating bread and what wasn't meat.  You indicated you had been a vegetarian for two and a half years and didn't believe you were getting the nutrients you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

17.  In response, Petray stated you would remain on your same diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

18.  What day did you start receiving a vegetarian tray?  (Was it September 6th?).

Answer:

-12-

_____

_____

_____

_____

19(A).  On September 1st Deputy Clark was assigned to booking.  Sgt. Faulkenbury instructed the deputies to inform the juvenile inmates, including you, during "power shift" not to stand at the window and lay down.  All juvenile inmates were told this was their first and only warning or they would be locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

(B).  A short time later, Clark observed you and two other juvenile inmates standing at the window.  All three of you were put on lock-down for disobeying the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 3.

_____

_____

-13-

_____

_____

(C).  You were given a disciplinary hearing, found guilty, and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

(D).  You appealed and the decision was modified to run with the  lock-down on September 4th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

20(A).  On September 2nd you submitted a grievance.  You stated you were getting a vegetarian tray but were supposed to get peanut butter for lunch and dinner.  You indicated it

-14-

was already approved.  You said the cheese made you sick.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

(B).  In response you were told you asked for vegetarian trays and were getting them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

21(A).  On September 4th Deputy Echols called over the speaker into B-180 for all

inmates, including you, to close your doors.  Since you were already on lock-down you were

told to got in your cell and shut your door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

5.

_____

_____

_____

_____

(B).  You were sitting at the day-room table. Echols again ordered you back to your cell and shut your door.  She told you that you were being locked down for refusing an order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

(C).  You were given a disciplinary for refusing to obey the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

-16-

(D).  You were given a hearing, found guilty, and given ten days lock-down with loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

(E).  You appealed and the decision was modified to two days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

22.  On September 4th you submitted a grievance that you had been put on lock down for having your door open when it was closed.  You also stated you did not receive recreation although the books said you received it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

-17-

3.

_____

_____

_____

_____

23.   In response, Major Drake stated the control panel was checked and operated properly.  He stated the light indicator showed your door was open.  He stated you have and would receive recreation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

24(A).  On September 30th you complained that you hadn't received recreation for the third time that week.  You indicated that also meant you were not getting your shower or the opportunity to read the paper.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 4.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

(B).  The back side of your grievance is not contained in the exhibit.  You apparently

also complained about your use of the phone.  Please state what the problem was with your

use of the phone.

Answer:

_____

_____

_____

_____

(C).  In response, Petray stated he had checked your phone records and you were

being allowed to use the phone.  He stated you had attempted thirty-two phone calls last

week.  He indicated he would check on the other matters.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

4.

_____

_____

_____

_____

(D).  After your grievance did you receive an opportunity for recreation, showers, and

-19-

access to the newspapers?

      Answer:  Yes _____ No _____.

      If you answered yes, please state how often you received an opportunity for

recreation, showers, and access to newspapers.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please state:  (a) whether you could exercise in your cell or in the

day-room; (b) whether you had access to basic hygiene items such as soap and water; and (c)

whether you had access to any news such as through radio, television, magazines etc.

_____

_____

_____

-20-

_____

_____

_____

_____

_____

_____

_____

_____

_____

25.  On October 10th you submitted a request stating you needed to talk to the Boone County Public Defender.  You also stated you needed to look at a warrant that came in from Boone County.  In response you were told they did not have the address for the Boone County Public Defender's Office but the warrant was for residential burglary, theft of property and criminal mischief.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

26.  On October 10th you submitted a grievance.  You stated you had not gotten

-21-

recreation for "like 3 days."  Also twice that week you stated that the staff only popped your

door for recreation and didn't wake you up.  You said you had a sleep disorder and when you

were asleep you were knocked out.  You complained that you were not receiving proper

sanitation, hygiene, or exercise.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

27.   In response, Petray stated that cleaning supplies are given to you to clean your

room.  He stated it was your responsibility to clean.  He stated they called recreation and it

was not their job to wake you up.  He told you that you could file whatever paperwork you

wanted.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

28.  During your incarceration at the BCDC from March 22, 2007, to March 27, 2007, did you receive a vegetarian tray for any meals?

Answer:  Yes _____ No _____.

If you answered yes, please state how many meals you received a vegetarian tray for.

_____

_____

_____

_____

29.  On May 27, 2007, you submitted a medical request stating you were a vegetarian and were not getting your special tray.  You indicated that for the past the three or four days you had only been eating breakfast.  You asked if someone could get this fixed before you got sick.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

30.  In response, a vegetarian tray was ordered by Nurse Garrett on May 30th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

-23-

1.

_____

_____

_____

_____

31.  On June 10th you submitted a grievance in which you complained that the toothpaste you received was expired.  You stated that when you finished brushing your teeth your felt sick.  You indicated you had to quit brushing your teeth because of this.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 8.

_____

_____

_____

_____

_____

32.  In response, Petray stated there was nothing wrong with the toothpaste that was passed out there.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 4 at page 8.

_____

-24-

_____

_____

33.  On June 23rd Deputy Hernandez was passing out medication.  He opened the

door to D-153.  You walked from D-153 to D-150 and were looking into the pod.  Hernandez

asked you to come and get your medication and let you know there should be no reason for

you to look into any other pod.

Agree_____  Disagree_____With out knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

7.

_____

_____

_____

_____

34.  You responded:  "What I do to the black guy I'm going to do to you."

Agree_____  Disagree_____With out knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

7.

_____

_____

_____

_____

35.  Hernandez walked down pod control and told you that if you came out to get

-25-

medication not to come out and run your mouth.  You moved forward towards Hernandez and asked if he was going to kiss him to.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

36.  Hernandez placed you on the floor and he and Adams handcuffed you. Hernandez advised you to get to your knees and face the wall.  Hernandez again advised you that when you came out to get medication you needed to follow orders and not talk back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

37.  You were escorted back into the pod and advised to go to your cell and gather your belongings because you were being locked down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-26-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

38.  You were charged with a disciplinary for refusing to obey the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

39.  You were given a hearing, found guilty, and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

-27-

40.  You appealed the decision and it was upheld.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

9.

_____

_____

_____

_____

41.  On August 7th Deputy Stival told all inmates, including you, in D-130 to clean

their cells and when finished to close their cell doors and go back into the day room.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

10.

_____

_____

_____

_____

42.  Stival inspected the panel and noticed cell doors that were still open.  He

inspected the cells with open doors and closed the doors while doing so.  He saw you in your

cell sleeping.  As Stival walked into your cell, you woke up and began to walk out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-28-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

43.  Stival instructed you to grab all your belongings and go out to D pod control.  He told you that you were being locked down for disobeying the order of a deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

44.  On August 18th, Deputy Simmons was in E-103 cell 130 doing cell checks when he came across twenty-eight pieces of yellow paper.  You stated the paper belonged to you.  Simmons informed you that you were going to be locked down for concealing items from jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 11.

-29-

_____

_____

_____

_____

45(A).  You were given a disciplinary, found guilty, and given ten days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

(B).  You appealed the decision and the lock-down was modified to five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

46.  On August 18th you complained that for dinner you got cheese.  You stated there

-30-

was no way you got 2300 calories that day.  Additionally you said you could not eat the

cheese because it made you sick.  You stated for them to ask the Sheriff about the juvenile

last year and he would tell them he didn't get cheese.  You stated the Sheriff was the one that

made sure you didn't get cheese.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

9.

_____

_____

_____

_____

47.  In response, you were told you were on a vegetarian diet and the kitchen put

cheese on the trays instead of meat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

9.

_____

_____

_____

_____

48.  Deputy Clark locked you down on one occasion on September 1, 2006.  Is this

lock-down how you believe he violated your federal constitutional rights?

-31-

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail how you believe this lock-down violated your federal constitutional rights in view of the fact that you received a disciplinary hearing and appealed the hearing decision.

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please explain in detail how you believe Clark violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

-32-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

49.  You alleged that Deputy Vanetta locked you down.  However, there are no incident reports or disciplinary action forms indicating he ever locked you down.  Please state in detail when you believe he locked you down.  If you have documentation to support your claim, please attach it to this response.  If you have no documentation, please explain why you do not.

Answer:

_____

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

50.  Did you suffer any physical injury as a result of not receiving a vegetarian diet the entire time you were at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received medical treatment; (e) the treatment you received; (f) how long it took you to

-34-

recover from the injuries; and (g) attach to this response medical records establishing the
existence of the injuries or the effect of the diet you received on your health.  If you do not
have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-35-

51.   You maintain you received expired toothpaste.  Please indicate:  (a) the expiration date on the toothpaste; (b) the date you received the toothpaste; (c) whether you suffered any physical injury because of the toothpaste; (d) the injuries you suffered; (e) the symptoms you experienced; (f) the severity of those symptoms; (g) whether you sought, or received, medical treatment; (h) and how long it took you to recover.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-36-

_____

_____

_____

_____

_____

52.   With respect to recreation/exercise, please state:  (a) how often a week you had

the opportunity to go to recreation; (b) whether you had access to a day-room; (c) whether

you could do exercises such as sit ups or push ups in your cell or the day-room; (d) what is

the longest period of time you went without receiving an opportunity for recreation; (e) did

you suffer any physical injury as a result of not receiving sufficient opportunity to exercise;

and (f) if you did suffer any physical injury, explain in detail what physical injury you

suffered.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

53.   Please state:  (a) if you were able to send and receive personal mail; (b) if you were able to send and receive legal mail; (c) if you had access to a phone; (d) if you had an attorney representing you on your criminal charges; (e) did you have access to books or magazines; (f) did you have access to radio or news broadcasts; and (g) did you have access to newspapers.

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    54.  Please state:  (a) if you had a jail uniform or clothing; (b) if you had a bunk or mattress to sleep on; (c) if you had shoes, sandals, or slippers; (d) if you received three meals a day; and (e) if you received something to drink with each meal.

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     55.  Please state in detail how you believe Petray violated your federal constitutional rights.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

-40-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

56.  Do you contend a custom or policy of Benton County was the moving force behind your being deprived of your federal constitutional rights?

Answer:  Yes _____ No _____.

If you answered yes, please explain in detail the custom or policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

-41-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

57.  Under § 1983 an individual can be sued in their individual capacity or in their official capacity.  A suit against an individual in their official capacity is the equivalent of a suit against the entity for which the individual works.  Such a suit requires the showing of a custom or policy.  An individual capacity suit requires notice and subjects the person to liability in their personal capacity.  Did you intend to sue the defendants in their official capacities, their individual capacities, or in both capacities?

Answer:

_____

-42-

_____

_____

_____

      Detail below any further response you would like to make to defendants' motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-43-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2008.


_____

RAY DEAVER

AO72A
(Rev. 8/82)